Form 3A
(10/05)

# United States Bankruptcy Court
District Of _____Illinois_____

In re __LANE, CHARLES DEE__,
                Debtor

Case No. __08-18764__

Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __274__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __68.50__   Check one ☒ With the filing of the petition, or
                          ☐ On or before __7-22-08__
   $ __68.50__   on or before __8-22-08__
   $ __68.50__   on or before __9-21-08__
   $ __68.50__   on or before __10-22-08__

RECEIVED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUL 2 2 2008

KENNETH S. GARDNER, CLERK
PS REP. - SJ

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____     _____     _____ 7-22-08
Signature of Attorney              Date        Signature of Debtor        Date
                                               (In a joint case, both spouses must sign.)

_____
Name of Attorney
                                               _____
                                               Signature of Joint Debtor (if any)    Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
### _____ District Of _____ Illinois _____

In re _LANE, CHARLES DER_____　　　　　　　Case No. _08-18764_
　　　　　　　Debtor

　　　　　　　　　　　　　　　　　　　　　　　Chapter _13_

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

　　☐　IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

　　☐　IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

　　$ _____ Check one ☐ With the filing of the petition, or
　　　　　　　　　　　　　　　☐ On or before _____

　　$ _____ on or before _____

　　$ _____ on or before _____

　　$ _____ on or before _____

　　☐　IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　　　KENNETH S. GARDNER
　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

Date: _7-22-08_

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Kenneth S. Gardner Clerk of the Court