```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 18764
   CHARLES DEE LANE
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
             Debtor
   SSN XXX-XX-2887


---------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
    The case was filed on 07/22/2008 and was not confirmed.

    The case was dismissed without confirmation 10/02/2008.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                            PAID            PAID
---------------------------------------------------------------------------

PEOPLES GAS LIGHT & COKE  PRIORITY       NOT FILED          .00              .00
CITY OF CHICAGO WATER DE  PRIORITY       NOT FILED          .00              .00
COOK COUNTY TREASURER     PRIORITY       NOT FILED          .00              .00
PEOPLES GAS LIGHT & COKE  UNSECURED        4106.39          .00              .00
COMMONWEALTH EDISON       UNSECURED         644.95          .00              .00
WOW INTERNET & CABLE      UNSECURED       NOT FILED         .00              .00
SPRINT NEXTEL             UNSECURED         714.30          .00              .00
AMERICREDIT               UNSECURED       16921.50          .00              .00
COOK COUNTY TREASURER     SECURED NOT I   1149.85           .00              .00
ASSET ACCEPTANCE          UNSECURED        3439.44          .00              .00
ASSET ACCEPTANCE          UNSECURED         171.27          .00              .00
PRO SE DEBTOR             DEBTOR ATTY         .00                            .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

       Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        ---------------       ---------------
TOTALS                        .00                     .00




             PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 18764 CHARLES DEE LANE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

                                PAGE   2
        CASE NO. 08 B 18764 CHARLES DEE LANE